Alexandra Miron, Esq.
17 Academy Street, Suite 208
Newark, New Jersey 07102
Telephone: (862) 230-2311
Attorney for Petitioner

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANDRADE ORELLANA,<br><br>Petitioner,<br><br>v.<br><br>BENZEL *et al.*,<br><br>Respondents. | **Civil Action No. 2:26-cv-13547-ES**<br><br>**PETITIONER'S REQUEST FOR A EXTENSION** |

Dear Judge Salas:

I represent Petitioner in this habeas proceeding and respectfully request a one-week extension of the current deadline to respond to the Court's Order concerning Respondents' request to dismiss the petition following the denial of bond.

Petitioner retained separate counsel for the bond proceedings, and I did not represent him at that hearing. Additional time is needed to confer with Petitioner regarding the bond decision and the status of this habeas proceeding before responding to Respondents' dismissal request.

Thank you for the Court's consideration.

Respectfully submitted,

/s/ Alexandra Miron
Alexandra Miron, Esq.
Attorney for Petitioner

cc: Counsel for Respondents, via CM/ECF

**SO ORDERED.**

**Hon. Esther Salas, U.S.D.J.**
**Date: November 3, 2026**